UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-20902-LENARD/GOODMAN

SERGIO L. ACEBAL,

Plaintiff,

vs.

U.S. AMERICAN CONCRETE MIX, CORP. and
JORGE RODRIGUEZ,

Defendants.
________________________________/

**NOTICE OF SETTLEMENT**

Plaintiff, GUESLY SAINT HILAIRE, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement and HEREBY CERTIFIES that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on 3rd day of June, 2016, which will effect service on Leo Benitez, Esq., leo@benitezlaw.com, BENITEZ & ASSOCIATES, as *Counsel for Defendants*, 122 Minorca Ave., Coral Gables, FL 33134.

FAIRLAW FIRM
*Counsel for Plaintiff*
8603 S. Dixie Highway
Suite 408
Miami, FL 33143
Tel: 305.230.4884
Fax: 305.230.4844

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com