UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-20902

SERGIO L. ACEBAL,

Plaintiff,

vs.

U.S. AMERICAN CONCRETE MIX, CORP. and
JORGE RODRIGUEZ,

Defendants.
____________________________________/

NOTICE OF FILING
SETTLEMENT AGREEMENT/RELEASE

The Defendants, U.S. AMERICAN CONCRETE MIX, CORP. and JORGE RODRIGUEZ, hereby file the fully executed settlement agreement/release formally resolving all issues in this case. Defendants request that this Court enter an order dismissing this case with prejudice.

Case No. 14-2228-CA-13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Tuesday, June 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BENITEZ & ASSOCIATES
122 MINORCA AVENUE
CORAL GABLES, FLORIDA 33134
TELEPHONE NO. (305) 444-6500
FACSIMILE NO. (305) 444-6215
EMAIL: BENITEZLAW@BELLSOUTH.NET

BY: /S/ LEO BENITEZ
LEO BENITEZ, ESQUIRE
FLORIDA BAR NO. 830992

SERVICE LIST

Brian H. Pollock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . brian@fairlawattorney.com

# LIMITED RELEASE

KNOW ALL MEN BY THESE PRESENTS:

That SERGIO L. ACEBAL("First Party"), for and in consideration of the sum of $6,000.00, and other good and valuable consideration, received from or on behalf of U.S. AMERICAN CONCRETE MIX, CORP. and JORGE RODRIGUEZ (jointly, "Second Party"), receipt whereof is hereby acknowledged, does hereby REMISE, RELEASE, ACQUIT, SATISFY, and FOREVER DISCHARGE Second Party of and from all, and all manner of action and actions, cause and causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, damages, judgments, executions, claims, and demands whatsoever, including attorneys' fees, costs, and interest, which First Party ever had, now has, or which any representative, successor or assign of First Party, hereafter can, shall or may have, against Second Party arising from or in any way relating to First Party's claim for unpaid overtime wages and liquidated damages while First Party was employed by Second Party as alleged in the lawsuit styled *Sergio L. Acebal vs. U.S. American Concrete Mix, Corp. and Jorge Rodriguez*, Case No. 16-CV-20902 (the "Litigation"). No claims other than those arising under the Fair Labor Standards Act ("FLSA"), 29 USC § 201, et seq., are released hereunder. Nothing in this Limited Release shall be construed to release or adversely impact *Acebal v. U.S. American Concrete*, OJCC Case No. 16-003617-CMJ, the claims asserted or benefits sought therein, nor any other claim other than under the FLSA.

From the $6,000.00, Sergio Acebal shall receive $1,500.00 for his claimed unpaid overtime wages and liquidated damages, and Fairlaw Firm shall receive $4,500.00 for its costs ($492.02) and attorney's fees ($4,007.08).

First Party hereby warrants, acknowledges and agrees that this Release applies to all claims, losses and damages, whether known or unknown, anticipated or unanticipated, disclosed or undisclosed that First Party may have or has ever had against Second Party under the FLSA as alleged in the Litigation.

First Party represents and warrants that with respect to the claim released hereby, that he has not in any manner assigned or pledged or otherwise voluntarily or involuntarily disposed of or transferred to any other party any interest in any claim released hereby, and that such claim of First Party against Second Party described herein is fully and finally discharged, settled and satisfied, and that First Party shall indemnify and hold Second Party harmless from any and all costs, expenses, liabilities and damages, including, without limitation, attorneys' and professional fees and disbursements at the trial level and on one or more appeals, incurred by reason of any breach of First Party's warranties, representations and covenants contained in this Release.

First Party acknowledges and agrees that this Release shall be binding upon the successors, representatives and assigns of the other Party and shall inure to the benefit of the heirs, successors, representatives and assigns of the other Party.

IN WITNESS WHEREOF, the First Party has hereunto set his hand and seal on this _____ day of June, 2016.

Signed, sealed and delivered
in presence of:

[signature]
Witness

VIVIAN FADEN
Print Name

[signature]
Witness

Verena Faden
Print Name

SERGIO ACEBAL

[signature]
By: SERGIO ACEBAL

STATE OF FLORIDA )
)ss
COUNTY OF MIAMI-DADE )

The foregoing instrument was sworn to and acknowledged before me on this 10th day of June, 2016 by Sergio Acebal, who is personally known to me or has produced Florida Drivers License as identification with identification number A214 792 62 343 0 Exp 09/2021 and who did (did not) take an oath, and who acknowledged that he is authorized to execute the referenced document.

[signature]
Notary Public
My Commission expires: 10/23/18

Ricardo Canals III
Typed, Printed or Stamped Name of Notary

RICARDO CANALS III
Notary Public - State of Florida
My Comm. Expires Oct 23, 2018
Commission # FF 171173